JOHN McBRIDE - 36458
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone:  (408) 979-2920
Facsimile:  (408) 979-2934

Attorneys for Plaintiff
KELLY HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KELLY HARRIS,

        Plaintiff,

    vs.

THE LEUKEMIA & LYMPHOMA SOCIETY,
a New York corporation, and DOES 1 through
10 inclusive,

        Defendants.

Case No. 09-CV-04530-JW

**STIPULATION FOR EXTENSION OF
TIME TO COMPLETE EARLY
NEUTRAL EVALUATION AND
[PROPOSED] ORDER**

    Plaintiff and Defendants hereby stipulate that the court may order an amendment to the
scheduling order to provide for an extension of time for completion of Early Neutral Evaluation to
August 17, 2010.

Dated:  5/18/10

WYLIE, McBRIDE, PLATTEN & RENNER

By:

JOHN McBRIDE, Attorney for Plaintiff
Kelly Harris

Dated: 5-18-10

GREENBERG TRAURIG, LLP

By: _____
WILLIAM J. GOINES, Attorney for Defendants
The Leukemia & Lymphoma Society

IT IS SO ORDERED.

Dated: June 4, 2010          _____

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

p:\3000\30413\plead\stip ext edr.doc

STIPULATION FOR EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION AND ORDER; Case No.
09-CV-04550-JW

2