1  JOHN McBRIDE (SBN: 36458)
   WYLIE, McBRIDE, PLATTEN & RENNER
2  2125 Canoas Garden Avenue, Suite 120
   San Jose, CA  95125
3  Telephone:  (408) 979-2920
   Facsimile:  (408) 979-2934
4  Email: jmcbride@wmprlaw.com

5  Attorneys for Plaintiff
   KELLY HARRIS
6
   WILLIAM J. GOINES (SBN: 61290)
7  KAREN ROSENTHAL (SBN: 209419)
   CINDY HAMILTON (SBN: 217951)
8  ALICE CHU (SBN: 264990)
   GREENBERG TRAURIG, LLP
9  1900 University Avenue, Fifth Floor
   East Palo Alto, California  94303
10 Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
11 Email:  goinesw@gtlaw.com; hamiltonc@gtlaw.com;
           rosenthalk@gtlaw.com; chua@gtlaw.com
12
   Attorneys for Defendant
13 THE LEUKEMIA & LYMPHOMA SOCIETY

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/17/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>           Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. C-09-04530 JW<br><br>**STIPULATION MODIFYING SCHEDULING ORDER AND [PROPOSED] ORDER** |

WHEREAS, on March 11, 2010, this Court entered its Scheduling Order [Doc. #20]; and

1  WHEREAS, on March 22, 2010, this Court entered its Order [Doc. #21], referring the above-captioned matter to Early Neutral Evaluation ("ENE") to be held within 90 days from the date of the Order; and

4  WHEREAS, on April 5, 2010, by the ADR Clerk's Notice [Doc. #22], the parties were notified that John L. Beers had been appointed as ENE Evaluator; and

6  WHEREAS, on May 12, 2010, this Court entered its Notice Vacating Appointment of Evaluator [Doc. #23]; and

8  WHEREAS, on May 17, 2010, this Court entered its Notice of Appointment of Evaluator [Doc. #24], notifying the parties that Hon. David A. Garcia (Ret.) had been assigned as the ENE Evaluator; and

11  WHEREAS, on June 4, 2010, following the parties' stipulation, this Court entered its Order [Doc. #26], extending the time to complete the ENE session to August 17, 2010; and

13  WHEREAS, the parties engaged in ENE on August 11, 2010 with Hon. David A. Garcia (Ret.) of JAMS, but were unsuccessful in resolving their dispute; and

15  WHEREAS, following the unsuccessful conclusion of the ENE, the parties are now in the process of propounding discovery, scheduling depositions, and working out a discovery schedule; and

18  WHEREAS, discovery and depositions have not proceeded as quickly as had been contemplated by the Scheduling Order [Doc. #20], in large part because the parties were preparing for and participating in the ENE process in an attempt to resolve their dispute, rather than incur the expense of extensive discovery; and

22  WHEREAS, based on the foregoing, the parties hereto agree that the discovery plan set forth in Docket No. 19 and case schedule set forth in Docket No. 20 should be modified to allow time for written discovery to be propounded and answered, depositions to be conducted, and appropriate experts to be disclosed;

26  NOW, THEREFORE, based on the foregoing, the below identified parties HEREBY AGREE and STIPULATE THAT the case schedule set forth in Docket No. 20, should be modified as set forth below:

## CASE SCHEDULE

| Deadline/Event | Date |
|---|---|
| Close of All Discovery | **February 14, 2011** |
| Last Day for Hearing Dispositive Motions | **April 11, 2011** |
| Preliminary Pretrial Conference at 11:00 a.m. | **January 24, 2011** |
| Preliminary Pretrial Conference Statements | **January 14, 2011** |

**IT IS SO STIPULATED**.

Dated: September 15, 2010.           WYLIE, McBRIDE, PLATTEN & RENNER


By:   /s/ *John McBride*
    John McBride
Attorneys for Plaintiff Kelly Harris


Dated: September 15, 2010.           GREENBERG TRAURIG, LLP


By:  /s/ *William J. Goines*
    William J. Goines
    Karen Rosenthal
    Cindy Hamilton
    Alice Chu
Attorneys for Defendant The Leukemia & Lymphoma Society


ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation to Modify Scheduling Order and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that John McBride has concurred in this filing.

Dated:  September 15, 2010.

                    /s/ *William J. Goines*

[PROPOSED] ORDER

**IT IS SO ORDERED.**

The case schedule is modified as outlined above.

Dated: September 17, 2010

_____
Honorable James Ware
United States District Court Judge

- 4 -     STIPULATION TO MODIFY SCHEDULING ORDER
AND [PROPOSED] ORDER
CASE NO. C-09-04530

*SV 346,570,966v2*