1  JOHN McBRIDE (SBN: 36458)
   WYLIE, McBRIDE, PLATTEN & RENNER
2  2125 Canoas Garden Avenue, Suite 120
   San Jose, CA  95125
3  Telephone:  (408) 979-2920
   Facsimile:  (408) 979-2934
4  Email: jmcbride@wmprlaw.com

5  Attorneys for Plaintiff
   KELLY HARRIS
6
7  WILLIAM J. GOINES (SBN: 61290)
   KAREN ROSENTHAL (SBN: 209419)
   CINDY HAMILTON (SBN: 217951)
8  ALICE CHU (SBN: 264990)
   GREENBERG TRAURIG, LLP
9  1900 University Avenue, Fifth Floor
   East Palo Alto, California  94303
10 Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
11 Email:  goinesw@gtlaw.com; hamiltonc@gtlaw.com;
           rosenthalk@gtlaw.com; chua@gtlaw.com
12
   Attorneys for Defendant
13 THE LEUKEMIA & LYMPHOMA SOCIETY

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
12/10/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>          Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. C-09-04530 JW<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES AND [~~PROPOSED~~] ORDER** |

     Plaintiff Kelly Harris and Defendant The Leukemia & Lymphoma Society, by and through

their respective counsel, hereby stipulate that the deadline to disclose expert witnesses be extended

---

from December 13, 2010 to January 10, 2011, and the deadline to disclose rebuttal expert witnesses be extended from December 27, 2010 to January 24, 2011.

Dated:  December 9, 2010          WYLIE, McBRIDE, PLATTEN & RENNER

By:       /s/ *John McBride*
    John McBride

Attorneys for Plaintiff Kelly Harris

Dated: December 9, 2010           GREENBERG TRAURIG, LLP

By:        /s/ *William  J Goines*
    William J. Goines
    Karen Rosenthal
    Cindy Hamilton
    Alice Chu

Attorneys for Defendant The Leukemia & Lymphoma Society

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**  No other deadlines are modified by this Order.

Dated: December 10, 2010

_____
Honorable James Ware
United States District Court Judge