1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12   KELLY HARRIS,                    )        Case No.: 5:09-cv-04530 EJD
                                      )
13                    Plaintiffs,     )        **PRETRIAL ORDER**
                                      )        **(JURY TRIAL)**
14          v.                        )
                                      )
15   THE LEUKEMIA & LYMPHOMA          )
     SOCIETY,                         )
16                                    )
                      Defendants.     )
17   _____ )

18

19          On September 16, 2011, the parties appeared before Judge Edward J. Davila for a

Preliminary Pretrial Conference.  Based on the parties' Joint Preliminary Pretrial Conference
20
Statement and the discussions held at the conference,
21
            IT IS HEREBY ORDERED that the following schedule shall apply to this case:
22
       Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 3, 2012
23
       Joint Final Pretrial Conference Statement, Motions in Limine
24     and Exchange of Exhibits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 20, 2012

25     Voir Dire Questions, Proposed Jury Instructions,
       and Proposed Jury Verdict Forms. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 24, 2012
26
       Jury Selection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2012
27

28

                                          1
PRETRIAL ORDER

1       Jury Trial[1]. . . . . . . . . . . . . . . . . . . . . . February 28, 2012, February 29, 2012, March 1, 2012

2       Jury Deliberations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 5, 2012

3       IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re:

4  Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from

5  the Clerk of the Court,[2] with regard to all pretrial submissions.

6  **IT IS SO ORDERED.**

7  Dated: September 16, 2011

8                             EDWARD J. DAVILA

9                             United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m. - 12:00 p.m.), unless the Court otherwise specifies.  At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m. - 12:00 p.m.), thus creating extra half-days for trial.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re: Preliminary and Final Pretrial Conferences and Trial Preparation."

PRETRIAL ORDER