JOHN McBRIDE - 36458
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiff
KELLY HARRIS

**DENIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS, | **Case No. 09-CV-04530-EJD** |
| Plaintiff, | **STIPULATION FOR ORDER RESCHEDULING PRETRIAL AND TRIAL DATES AND [PROPOSED] ORDER** |
| vs. | |
| THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10 inclusive, | |
| Defendants. | |

Due to an unforeseen calendar conflict, plaintiff would be unable to proceed to trial as scheduled. The parties have met and conferred and have agreed, subject to the court's approval, that the pretrial order dated September 16, 2011 be vacated and the following schedule be ordered.

Final Pretrial Conference ..................................................................Friday, July 27, 2012

Joint Final Pretrial Conference Statement, Motions in Limine
and Exchange of Exhibits...................................................................Friday, July 13, 2012

Voir Dire Questions, Proposed Jury Instructions,
And Proposed Jury Verdict Forms....................................................Tuesday, July 17, 2012

Jury Selection ........................................................................... Monday, August 6, 2012

Jury Trial ........................................ Tuesday, Wednesday, Thursday, August 7, 8, 9, 2012

Jury Deliberations .................................................................... Monday, August 13, 2012

Based on the foregoing, the parties request that the Pretrial Order dated September 16, 2011 be vacated and the foregoing schedule for pretrial and trial be approved.

Dated: 10/31/11                WYLIE, McBRIDE, PLATTEN & RENNER

By: /s/ John McBride
   JOHN MCBRIDE
   Attorney for Plaintiff Kelly Harris

Dated: 10/28/11                GREENBERG TRAURIG, LLP

By: /s/ William Goines
   WILLIAM J. GOINES
   ALICE Y. CHU
   Attorney for Defendants The Leukemia
   & Lymphoma Society

The parties shall appear for a Status Conference on November 8, 2011, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: November 1, 2011

EDWARD J. DAVILA
United States District Judge

p:\3000\30418\plead\stip order resch trial date.doc

STIPULATION FOR ORDER RESCHEDULING PRETRIAL AND TRIAL DATES AND ORDER; Case No. 09-CV-04530-EJD