1  WILLIAM J. GOINES (SBN: 61290)
   CINDY HAMILTON (SBN: 217951)
2  ALICE CHU (SBN: 264990)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email: goinesw@gtlaw.com
   hamiltonc@gtlaw.com; chua@gtlaw.com

Attorneys for Defendant
The Leukemia & Lymphoma Society

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>                Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. C-09-04530 EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT THE LEUKEMIA & LYMPHOMA SOCIETY'S REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANT AT STATUS CONFERENCE SEPTEMBER 7, 2012<br><br>Status Conference: September 7, 2012<br>Time:         9:300 a.m.<br>Dept.:        Courtroom 4 - 5th Floor<br>Judge:       Hon. Edward J. Davila<br><br>Trial Date: TBD |

The Request by Defendant The Leukemia & Lymphoma Society for Telephonic Appearance by, its counsel William J. Goines and/or Alice Y. Chu at the Status Conference scheduled for September 7, 2012 at 9:30 a.m., having come before me, and good cause appearing,

IT IS SO ORDERED. Counsel shall arrange for a telephonic appearance through CourtCall.

Dated: September 5, 2012

_____
Honorable Edward J. Davila
Judge, United States District Court