WILLIAM J. GOINES (SBN: 61290)
CINDY HAMILTON (SBN: 217951)
ALICE CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
hamiltonc@gtlaw.com; chua@gtlaw.com

Attorneys for Defendant
The Leukemia & Lymphoma Society

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>                Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. C-09-04530 EJD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT THE LEUKEMIA & LYMPHOMA SOCIETY'S REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANT AT STATUS CONFERENCE SEPTEMBER 7, 2012<br><br>Status Conference: September 7, 2012<br>Time:            9:300 a.m.<br>Dept.:           Courtroom 4 - 5th Floor<br>Judge:           Hon. Edward J. Davila<br><br>Trial Date: TBD |

   The Request by Defendant The Leukemia & Lymphoma Society for Telephonic Appearance by, its counsel William J. Goines and/or Alice Y. Chu at the Status Conference scheduled for September 7, 2012 at 9:30 a.m., having come before me, and good cause appearing,

   IT IS SO ORDERED.   Counsel shall arrange for a telephonic appearance through CourtCall.

Dated: September 5, 2012

_____
Honorable Edward J. Davila
Judge, United States District Court