JOHN McBRIDE (SBN: 36458)
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934
Email: jmcbride@wmprlaw.com

Attorneys for Plaintiff
KELLY HARRIS

WILLIAM J. GOINES (SBN: 61290)
CINDY HAMILTON (SBN: 217951)
ALICE Y. CHU (SBN: 264990)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com;
hamiltonc@gtlaw.com; chua@gtlaw.com

Attorneys for Defendant
THE LEUKEMIA & LYMPHOMA SOCIETY

IT IS SO ORDERED
Judge Edward J. Davila
11/20/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>    Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C-09-04530 EJD<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated legal counsel that, pursuant to the Settlement Agreement and Release entered into
3  between the parties on _____, 2012 ("Settlement"), and subject to this Court retaining jurisdiction to
4  enforce the Settlement, the above-captioned action be and is hereby dismissed in its entirety, with
5  prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Each party shall bear its own
6  attorneys' fees, costs and expenses incurred in connection with this litigation.

The Clerk shall close this file.

Dated: ~~October~~ Nov 7, 2012       WYLIE, McBRIDE, PLATTEN & RENNER

By: _____
John McBride

Attorneys for Plaintiff, Kelly Harris

Dated: ~~October~~ Nov 16, 2012       GREENBERG TRAURIG, LLP

By: _____
William J. Goines
Cindy Hamilton
Alice Y. Chu

Attorneys for Defendant The Leukemia & Lymphoma Society