```
 1  JOHN McBRIDE (SBN: 36458)
    WYLIE, McBRIDE, PLATTEN & RENNER
 2  2125 Canoas Garden Avenue, Suite 120
    San Jose, CA  95125
 3  Telephone: (408) 979-2920
    Facsimile: (408) 979-2934
 4  Email: jmcbride@wmprlaw.com

 5  Attorneys for Plaintiff
    KELLY HARRIS
 6

 7  WILLIAM J. GOINES (SBN: 61290)
    CINDY HAMILTON (SBN: 217951)
 8  ALICE Y. CHU (SBN: 264990)
    GREENBERG TRAURIG, LLP
 9  1900 University Avenue, Fifth Floor
    East Palo Alto, California  94303
10  Telephone: (650) 328-8500
    Facsimile: (650) 328-8508
11  Email:  goinesw@gtlaw.com;
            hamiltonc@gtlaw.com; chua@gtlaw.com
12
13  Attorneys for Defendant
    THE LEUKEMIA & LYMPHOMA SOCIETY
14
```

**IT IS SO ORDERED**
*Judge Edward J. Davila*
11/20/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY HARRIS,<br><br>         Plaintiff;<br><br>v.<br><br>THE LEUKEMIA & LYMPHOMA SOCIETY, a New York corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. C-09-04530 EJD<br><br>**STIPULATION OF DISMISSAL** |

1       IT IS HEREBY STIPULATED by and between the parties to this action through their designated legal counsel that, pursuant to the Settlement Agreement and Release entered into between the parties on _____, 2012 ("Settlement"), and subject to this Court retaining jurisdiction to enforce the Settlement, the above-captioned action be and is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Each party shall bear its own attorneys' fees, costs and expenses incurred in connection with this litigation.

      The Clerk shall close this file.

Dated: ~~October~~ Nov 7, 2012      WYLIE, McBRIDE, PLATTEN & RENNER

By: _____
    John McBride

Attorneys for Plaintiff, Kelly Harris

Dated: ~~October~~ Nov 16, 2012      GREENBERG TRAURIG, LLP

By: _____
    William J. Goines
    Cindy Hamilton
    Alice Y. Chu

Attorneys for Defendant The Leukemia & Lymphoma Society